**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

K.V., a minor, by and through his mother
and next friend, MORGAN VALENT,

        Plaintiff,

v.

        Case No. _____

PAOLA UNIFIED SCHOOL DISTRICT NO. 368,

        Defendant.

---

## Notice of Removal

Defendant Paola Unified School District No. 368 submits the Notice of Removal of this action from the Sixth Judicial District, the District Court of Miami County, Kansas, to the United States District for the District of Kansas pursuant to 28 U.S.C. §§ 1441, 1446 and D. Kan. Rule 81.1.

1.      The above-captioned matter was filed in the Sixth Judicial District, in the District Court of Miami County, Kansas, on or about August 1, 2024.

2.      A Summons and copy of the Petition were served upon defendant Paola Unified School District No. 368 on August 6, 2024.  This notice is filed within thirty days after service of the Summons and Petition.  28 U.S.C. § 1446(b)(2)(B).

3.      Plaintiff's Petition asserts a 14th Amendment claim via 42 U.S.C. §1983.

4.      The federal courts have original jurisdiction over all civil actions arising under the constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Plaintiff's 14th Amendment claim pursued through 42 U.S.C. §1983 falls within the original jurisdiction of the federal court. Removal is therefore appropriate under 28 U.S.C. § 1441(a). The Court has supplemental

{T0484085}               1

jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367(a).

5.      In accordance with 28 U.S.C. § 1446(a), copies of the process and pleadings served upon the defendant are attached as Appendix A.

6.      No orders have been served upon defendant in the action.

7.      A copy of the notice served upon the plaintiff this date and filed in state court is attached as Appendix B.

s/Terelle A. Mock
Terelle A. Mock                                    #21465
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, KS 66606
(785) 232-7761 | (785) 232-6604 – fax
tmock@fpsslaw.com
**Attorney for Defendant**

## Certificate of Service

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael E. Riling, #10967
Riling, Burkhead & Nitcher, Chartered
808 Massachusetts St., P.O. Box B
Lawrence, KS 66044
(785) 841-4700
mriling@rilinglaw.com
**Attorney for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

s/Terelle A. Mock
Terelle A. Mock

{T0484085}                                    2